1 | CAROL C. LAM
United States Attorney
2 | LAWRENCE A. CASPER
Assistant United States Attorney
3 | California State Bar No. 235110
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-7455
6 |

7 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**

SEP 1 9 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )      Magistrate Case No. 06MG8679
                                  )            06 CR 2 044-H
                     Plaintiff,   )
                                  )      **STIPULATION OF FACT AND JOINT**
          v.                      )      **MOTION FOR RELEASE OF**
                                  )      **MATERIAL WITNESS(ES) AND**
ARTURO VASQUEZ-NARANJO (2),       )      **ORDER THEREON**
                                  )
                     Defendant.   )
                                  )      **(Pre-Indictment Fast-Track Program)**
_____)

   **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

Lawrence A. Casper, Assistant United States Attorney, and defendant ARTURO

VASQUEZ-NARANJO, by and through and with the advice and consent of defense counsel,

Shaffy Moeel, Esq., Federal Defenders of San Diego, Inc., that:

   1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

and (v)(II).

//

//

1       2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4       3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **October 2, 2006**.

6       4.      The material witnesses, Adan Magana-Mercado, Alaro Anaya-Valdovinos and

7    Joel Garcia-Reyes, in this case:

8               a.      Are aliens with no lawful right to enter or remain in the United States;

9               b.      Entered or attempted to enter the United States illegally on or about

10   August 31, 2006;

11              c.      Were found in a vehicle driven by codefendant near Calexico, California and

12   that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful

13   right to enter or remain in the United States;

14              d.      Were paying, having others pay on their behalf $1,500 to others to be brought

15   into the United States illegally and/or transported illegally to their destination therein; and,

16              e.      May be released and remanded immediately to the Department of Homeland

17   Security for return to their country of origin.

18      5.      After the material witnesses are ordered released by the Court pursuant to this

19   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

21   proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

22   attack, that:

23              a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

24   substantive evidence;

25              b.      The United States may elicit hearsay testimony from arresting agents

26   regarding any statements made by the material witness(es) provided in discovery, and such

27   testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Arturo Vasquez-Naranjo (2)          2                                06MG8679

1   against interest of (an) unavailable witness(es); and,

2

3          c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6   waives the right to confront and cross-examine the material witness(es) in this case.

7      6.      By signing this stipulation and joint motion, defendant certifies that defendant has

8   read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9   further that defendant has discussed the terms of this stipulation and joint motion with defense

10   counsel and fully understands its meaning and effect.

11      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12   immediate release and remand of the above-named material witness(es) to the Department of

13   Homeland Security for return to their country of origin.

14      It is STIPULATED AND AGREED this date.

15                  Respectfully submitted,

16                  CAROL C. LAM
                   United States Attorney

17

18   Dated: 9/19/06 .

19                  LAWRENCE A. CASPER
                 Assistant United States Attorney

20

21   Dated: 9-11-06 .        SHAFFY MOBEL

22                  Defense Counsel for VASQUEZ-NARANJO

23   Dated: 9-11-06 .

24                  Arturo Vazquez
                 ARTURO VASQUEZ-NARANJO
                 Defendant

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Arturo Vasquez-Naranjo (2)       3                 06MG8679

1                                    O R D E R

2          Upon joint application and motion of the parties, and for good cause shown,

3          **THE STIPULATION** is admitted into evidence, and,

4          **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5   forthwith to the Department of Homeland Security for return to their country of origin.

6          **SO ORDERED.**

7          Dated:   9-19-06   .

8                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Arturo Vasquez-Naranjo (2)          4                    06MG8679